UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HOMER E. HOSKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:15-cv-0260-TWP-DML ) |
| LINDA PORTER, | ) ) ) |
| Defendant. | ) |

**Entry Denying Request to Proceed on Appeal *In Forma Pauperis*
And Directing In Person Distribution of Entry**

**I.    Denial of Request to Proceed on Appeal *In Forma Pauperis***

The plaintiff seeks leave to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*. There has been no final judgment issued in this action. No appealable order has been issued. Accordingly, his appeal is premature and not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis*  [dkt. 7] is **denied.**

**II.    Distribution of Entry**

The Court takes judicial notice of the fact that "245 E. Market Street, Indianapolis, IN," the address Mr. Hoskins has provided, is not a residence. Mr. Hoskins has not provided a valid address to the Court so this Entry will not be placed in the mail.  He may pick up a copy in the Clerk's Office, Room 105 of the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN 46204.

IT IS SO ORDERED.

Date: 3/6/2015

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Homer E. Hoskins
For Pick Up In Clerk's Office, Room 105 Courthouse

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**